IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02884-KLM

TERESA KERNAN,

    Plaintiff,

v.

DR PEPPER/SEVEN UP, INC., doing business as 7-UP/RC Bottling Company, Inc., doing business as Dr. Pepper Snapple Group,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave of Court to File Second Amended Complaint** [#13] (the "Motion to Amend") and on Plaintiff's **Unopposed Motion for Leave to Appear Telephonically at the Scheduling Conference** [#14] (the "Motion to Appear").

    IT IS HEREBY **ORDERED** that the Motion to Amend [#13] is **GRANTED**. Plaintiff's Second Amended Complaint is accepted for filing. Plaintiff shall file a non-redlined version of the Second Amended Complaint on the electronic docket **on or before December 1, 2014**. Defendant's time to file an answer or other response to the Second Amended Complaint shall run from the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the Motion to Appear [#14] is **GRANTED**. Plaintiff's counsel may appear by telephone at the Scheduling Conference on December 11, 2014 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Plaintiff's counsel before dialing the Court.

    Dated:  November 24, 2014