IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02884-RPM

TERESA KERNAN,

      Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY,

      Defendant.

_____

ORDER VACATING ORDER SETTING CONFERENCE AND SETTING SCHEDULING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the Order Setting Scheduling/Planning Conference entered by Magistrate Judge Kristen L. Mix on November 7, 2014, is vacated.   It is

FURTHER ORDERED that  a scheduling conference will be held on **January 23, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on January 15, 2015.**  The conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.  It is

FURTHER ORDERED  that counsel for the defendant shall file a disclosure statement pursuant to  Fed.R.Civ.P. 7.1.

Dated:   December 9th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge