IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02884-RPM

TERESA KERNAN,

      Plaintiff,
v.

THE AMERICAN BOTTLING COMPANY,

      Defendant.
_____

ORDER DENYING PARTIES' JOINT MOTION TO AMEND SCHEDULING ORDER
_____

On March 16, 2015, the parties filed what is designated Parties' Joint Motion to Amend Scheduling Order [Doc. 34] and submitted a proposed Amended Scheduling Order.  In the joint motion, new counsel for the plaintiff indicates an intent to file a proposed third amended complaint and in the proposed amended scheduling order reference is made to claims "outlined in the operative Complaint."  That is not acceptable.  What will be necessary in this case once a motion to file a third amended complaint is accepted, a new scheduling conference will be scheduled and the existing scheduling order will be vacated.  Additionally, while the medical condition of Ms. Smith is unfortunate, a delay of this case for her expected absence is not necessary given that Erin A. Webber is lead counsel and the law firm Littler Mendelson, P.C., has multiple lawyers available.  It is

      ORDERED that the Parties' Joint Motion to Amend Scheduling Order is denied.

      Dated:   March 18th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge