IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02884-RPM

TERESA KERNAN,

      Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY,

      Defendant.
_____

ORDER GRANTING REQUEST TO FILE THIRD AMENDED COMPLAINT
_____

      Upon review of Plaintiff's Notice of Filing of Third Amended Complaint [Doc. 36], it is

      ORDERED that the Third Amended Complaint tendered as Document No. 36-1 is accepted for filing.

      Dated: March 19th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge