THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02884-RPM

TERESA KERNAN,

    Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the Order Denying Parties' Joint Motion to Amend Scheduling Order [Doc. 35] entered by this Court on March 18, 2015, it is

ORDERED that a new scheduling conference will be held on **April 21, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/2015).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 17, 2015.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.  It is

FURTHER ORDERED that the existing Scheduling Order [Doc. 29] is vacated.

Dated:   April 15th, 2015

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____
                                                   Richard P. Matsch, Senior District Judge