THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02884-RPM

TERESA KERNAN,

    Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY,

    Defendant.
_____

ORDER GRANTING FILING OF FOURTH AMENDED COMPLAINT
_____

Upon consideration of the Motion to File Fourth Amended Complaint [Doc. 45], filed May 5, 2015, and the tendered Fourth Amended Complaint and the defendant's opposition, it is

ORDERED that the motion is granted and the Fourth Amended Complaint is filed.

Dated: May 12th, 2015

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge