IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02884-RPM

TERESA KERNAN,

     Plaintiff,

v.

THE AMERICAN BOTTLING COMPANY,

     Defendant.

_____

### ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [Doc. 50], it is

ORDERED that this action is dismissed with prejudice each party to bear their own costs and attorneys' fees except as otherwise expressly agreed by the parties.

Dated:   July 29th, 2015

                       BY THE COURT:

                       s/Richard P. Matsch
                       _____
                       Richard P. Matsch, Senior District Judge